FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA F.,<br><br>　　　　　　Plaintiff,<br><br>　-vs-<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | No.   4:23-CV-5070-WFN<br><br>ORDER GRANTING STIPULATED REMAND |

    Pending before the Court is the parties' Stipulated Motion for Remand. ECF No. 6. The Court has reviewed the file and Motion and is fully informed. Accordingly,

    **IT IS ORDERED** that:

    1.　The parties' Stipulated Motion for Remand, filed July 10, 2023, **ECF No. 6**, is **GRANTED**.

    2.　Based on the parties' stipulation, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall instruct the administrative law judge to:

        (a)　Reconsider the period Plaintiff was found not disabled, January 1, 2014, through September 9, 2019;

        (b)　Take any action necessary to complete the administrative record;

        (c)　Offer the claimant an opportunity for a hearing; and

        (d)　Issue a new decision.

    3.　All other pending motions are **DENIED AS MOOT**.

    4.　Judgment shall be entered for **Plaintiff**.

     5.  Upon proper request, Plaintiff will be entitled to costs under 28 U.S.C. § 2412(a) and reasonable attorney fees and expenses under 28 U.S.C. § 2412(d).

     The District Court Executive is directed to file this Order, enter judgment in favor of the Plaintiff, provide copies of this Order and the Judgment to counsel and **CLOSE THIS FILE**.

     **DATED** this 14th day of July, 2023.

07-12-23

                                                    WM. FREMMING NIELSEN
                                        SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED REMAND - 2